UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARSHALL O'DAL WILSON, | ) | Case No. C07-1273-RSL |
| Plaintiff, | ) | |
| v. | ) | |
| SANDRA COURTWAY, et al., | ) | ORDER OF DISMISSAL |
| Defendants. | ) | |

The Court, having reviewed the defendant Courtway's motion to dismiss in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Courtway's motion to dismiss (Dkt. No. 12) is GRANTED, and Plaintiff's Amended Complaint (Dkt. No. 8) is DISMISSED with prejudice as to that defendant.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 3rd day of March, 2008.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1