UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARSHALL O'DAL WILSON, ) | Case No. C07-1273-RSL-JPD |
| Plaintiff, ) | |
| v. ) | |
| KING COUNTY JAIL FACILITY, et. al, ) | ORDER DENYING MOTION TO DISMISS |
| Defendants. ) | |

The Court, having reviewed the defendants' motion to dismiss in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to that document, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss based on the statute of limitations (Dkt. No. 32) is DENIED.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 3rd day of November, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge