UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARSHALL O'DAL WILSON,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY JAIL FACILITY, et al.,<br><br>Defendants. | Case No. C07-1273-RSL-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Defendant Triplett's motion to dismiss in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to that document, the Report and Recommendation of the Honorable James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Triplett's motion to dismiss (Dkt. No. 44) is GRANTED, and Plaintiff's amended complaint is DISMISSED with prejudice as to that defendant.

ORDER OF DISMISSAL
PAGE - 1

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 3rd day of February, 2009.

*signature*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL
PAGE - 2