UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARSHALL O'DAL WILSON,

             Plaintiff,

    v.

KING COUNTY JAIL FACILITY, et al.,

             Defendants.

Case No. 07-cv-1273-RSL

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

  (1)    The Court adopts the Report and Recommendation.

  (2)    Defendants' motion for summary judgment, Dkt. No. 58, is GRANTED and this action is DISMISSED with prejudice.  Plaintiff's motion to strike Defendants' affirmative defenses, or in the alternative, to strike motion for summary judgment date and reopen discovery, Dkt. No. 63, is DENIED as moot.

1  (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

2         Donohue.

3  DATED this 26th day of June, 2009.

4

5

6

7                                                    Robert S. Lasnik
                                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL
PAGE - 2